### 1717.  KNOX *v.* LEXINGTON TERMINAL RAILROAD CO.

POWELL, J. The sole exception is to the overruling of a motion for a new trial. There is no legal brief of the evidence. What purports to be a brief of the evidence is fatally defective in two respects: it is not abridged, but consists of the full stenographic report of the oral testimony (that which was excluded as well as that which was admitted, together with a statement of objections of counsel and rulings of the court), to which has been added a full verbatim copy of the interrogatories and answers, and of the documentary exhibits thereto; also it is not approved by the trial judge. The assignments of error can not be considered. Civil Code, § 5488; *Madison* v. *State, 4 Ga. App.* 218 (60 S. E. 1068).                    *Judgment affirmed.*

Appeal, from Oglethorpe superior court—Judge Worley. December 2, 1908.

Submitted April 13,—Decided June 29, 1909.

*J. G. Faust,* for plaintiff.

*Joseph B. & Bryan Cumming, Hamilton McWhorter Jr.,* for defendant.